UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 06-cr-40035 -JPG |
| ROBERT A. WEIR, JR., | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Robert A. Weir, Jr.'s Motion to Appoint Counsel (Doc. 90). On October 19, 2006, Weir pled guilty, pursuant to a written plea agreement, to one count of conspiracy to manufacture and possess with intent to distribute more than 500 grams of a mixture and substance containing methamphetamine. He was sentenced on March 3, 2007. No appeal is currently pending. As part of the plea agreement, the Government indicated that, if Weir provided substantial assistance through complete and total cooperation, it may, in its sole discretion, file a motion under Rule 35 of the Federal Rules of Criminal Procedure. Weir requests counsel to assist him in answering the anticipated Rule 35 motion from the Government. However, to date, the Government has not filed such a motion. As such, there is nothing pending for which Weir requires the assistance of counsel. Therefore, the Court **DENIES** his Motion (Doc. 90) as not yet ripe for adjudication.

**IT IS SO ORDERED.**
**DATED: February 20, 2008**

                  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**